# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Armstrong Relocation & Companies LLC | 1/12/2023 | 266897 | Check | $ 12,743.35 |
| Akorn Operating Company, LLC | Armstrong Relocation & Companies LLC | 1/25/2023 | 267053 | Check | $ 1,063.95 |
| Akorn Operating Company, LLC | Armstrong Relocation & Companies LLC | 2/1/2023 | 267104 | Check | $ 6,352.77 |
| Akorn Operating Company, LLC | Armstrong Relocation & Companies LLC | 2/14/2023 | 267278 | Check | $ 4,203.43 |
| | | | | | $ 24,363.50 |